UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62298-RAR

**MICHELLE MENDEZ**,

    Plaintiff,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 25] ("Report"), entered on May 13, 2022. The Report recommends that Plaintiff's Motion for Summary Judgment, [ECF No. 17], be **DENIED** and Defendant's Motion for Summary Judgment, [ECF No. 20], be **GRANTED**. Plaintiff filed objections to the Report on May 27, 2022, [ECF No. 26] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed the parties' pleadings [ECF Nos. 17, 20, 21, 24], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [ECF No. 17] is **DENIED**.

3. Defendant's Motion for Summary Judgment [ECF No. 20] is **GRANTED**.

      4.      Final judgment will be entered via separate order pursuant to Rule 58 of the Federal Rules of Civil Procedure.

      5.      The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of May, 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**